AO 10
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Brown, Joe | Middle District TN | 08/28/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge (Recall Full) | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☑ Amended Report | 01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

Room 783 U.S. Courthouse
801 Broadway
Nashville, TN 37203

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Co-Trustee . Assets listed Part VII line 183 | Y P Trust. Trust for Family Cemetary Taylorsville KY |
| 2. | Custodian Assets listed Part VII line 119 | Uniform Gift to Minors, Grandaughter C |
| 3. | Custodian Assets listed Part VII line 119 | Education trust for Grandaughter W |
| 4. | Custodian Assets listed Part VII line 119 | Education Trust for Grandaughter C |
| 5. | Custodian Assets listed Part VII line 119 | Education trust forGrandaughter J |
| 6. | Custodian Assets listed Part VII line 119 | Education trust for Grandaughter MH |
| 7. | Custodian Assets listed Part VII line 119 | Education trust for Grandaughter K |
| 8. | Custodian Assets listed Part VII line 119 | Education trust for Grandaughter CA |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 12/22/89 | Nashville School of Law, Agreement to teach a Course on Federal Criminal Law as scheduled. None taught 2016 |
| 2. | 4/5/06 | Vanderbilt University School of Law, Agreement to teach course on Pretrial Litigation as scheduled. None taught 2016 |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brown, Joe | 08/28/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Brown, Joe** | 08/28/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brown, Joe | 08/28/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Abbvie Inc (ABBV) | A | Dividend | J | T | | | | | o |
| 2. Adobe Systems (ADBE) | A | Dividend | J | T | | | | | o |
| 3. Aecom Com (ACM) | A | Dividend | J | T | Buy | 05/19/16 | J | | o |
| 4. Allergan PLC,comm (AGN) | A | Dividend | J | T | | | | | o |
| 5. AllstateCorp (ALL) | A | Dividend | J | T | Buy | 03/23/16 | J | | o |
| 6. Alphabet Inc Class A (GOOGL) | A | Dividend | J | T | | | | | o |
| 7. Amazon (AMZN) | | None | J | T | Buy (add'l) | 08/10/16 | J | | o |
| 8. American Beacon (ABEYX) | A | Dividend | K | T | Sold (part) | 08/09/16 | J | A | o |
| 9. | | | | | Sold (part) | 08/09/16 | J | | part sold loss |
| 10. | | | | | Buy (add'l) | 02/16/16 | J | | o |
| 11. American Beacon MNCD Futures (AHLIX) | A | Dividend | J | T | Buy | 02/25/16 | J | | o |
| 12. American Capitol World Grth (CWGIX) | B | Dividend | J | T | | | | | o |
| 13. American Century Small Cap (ACVIX) | A | Dividend | J | T | | | | | o |
| 14. American Express Stock (AXP) | A | Dividend | K | T | | | | | o |
| 15. Ameriprise Finl Inc (AMP) | A | Dividend | J | T | | | | | o |
| 16. Anadarko Pete Corp (APC) | A | Dividend | | | Sold | 01/19/16 | J | | all sold loss |
| 17. Apple (AAPL) | A | Dividend | K | T | | | | | o |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brown, Joe | 08/28/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Aplied Materials (AMAT) | A | Dividend | J | T | | | | | o |
| 19. AQR Small Cap (QSERX) | A | Dividend | K | T | Sold (part) | 10/06/16 | J | A | o |
| 20. | | | | | Buy (add'l) | 02/16/16 | J | | o |
| 21. AQS Tryle Ptremia Style fd cl rs(QSPRX) | A | Dividend | J | T | Buy | 02/16/16 | J | | o |
| 22. AT&T Common USD1 (T) | A | Dividend | J | T | Buy | 07/11/16 | J | | o |
| 23. Baird Core Plus Bond institutional (BCOIX) | A | Interest | J | T | Buy (add'l) | 10/24/16 | J | | o |
| 24. | | | | | Buy (add'l) | 02/16/16 | J | | o |
| 25. Bank Of America (BAC) | A | Dividend | J | T | | | | | o |
| 26. BB&T Corp (BBT) | A | Dividend | | | Sold | 01/19/16 | J | A | all sold |
| 27. Bed Bath & Beyond (BBBY) (X) | A | Dividend | J | T | | | | | Value >1000 in 2016 |
| 28. Bemis Company (BMS) | A | Dividend | | | Buy | 01/13/16 | J | | o |
| 29. | | | | | Sold | 12/15/16 | J | A | all sold |
| 30. Blackrock Util and Telecom (MDGUX)(Y) | | | | | | | | | Value under 1000 |
| 31. Broadcom Corp (BRCM)(Y) | | | | | | | | | Value went under 1000 2015 |
| 32. Bunge Limited (BG) | A | Dividend | J | T | Buy | 03/02/16 | J | | o |
| 33. | | | | | Buy (add'l) | 07/19/16 | J | | o |
| 34. Canadian Picific Railray LTD (CP) | A | Dividend | J | T | | | | | o |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brown, Joe | 08/28/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Capital One Financial (COF) | A | Dividend | | | Sold | 02/04/16 | J | A | all sold |
| 36. Cardinal Health Inc (CAH) | A | Dividend | | | Sold | 08/01/16 | J | A | all sold |
| 37. Carlisle Cos Inc. (CSL) | A | Dividend | J | T | | | | | o |
| 38. Carmax Inc (KMX) | A | Dividend | | | Sold | 01/07/16 | J | | all sold at loss |
| 39. Carvinal Corp (CCL) | A | Dividend | | | Sold | 10/29/16 | J | A | all sold |
| 40. CBS Corp (CBS) | A | Dividend | J | T | | | | | o |
| 41. Chubb Limited Common (CB) | A | Dividend | J | T | Buy | 01/19/16 | J | | o |
| 42. Cisco Sys Inc (CSCO) | A | Dividend | K | T | | | | | o |
| 43. CITIGROUP Inc Com New (C) | A | Dividend | J | T | | | | | o |
| 44. CMS Energy (CMS) | A | Dividend | J | T | | | | | o |
| 45. Conocophillips (COP) | A | Dividend | J | T | | | | | o |
| 46. Costco (COST) | A | Dividend | J | T | Buy | 03/10/16 | J | | o |
| 47. CVSHealth Corp (CVS) | A | Dividend | | | Sold | 11/16/16 | J | B | all sold |
| 48. Delaware Value Instl (DDVIX) | A | Dividend | K | T | | | | | o |
| 49. Deplhi Automotive (DLPH) | A | Dividend | J | T | | | | | o |
| 50. Dollar General Corp (DG) | A | Dividend | | | Sold | 12/04/16 | J | A | all sold |
| 51. Eaton Corp PLC (ETN) | A | Dividend | J | T | | | | | o |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brown, Joe | 08/28/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. EOG Resources ((EOG)(X) | A | Dividend | J | T | Buy | 01/15/16 | J | | value >1000 |
| 53. Facebook Inc Comnon (FB) | A | Dividend | J | T | Buy | 01/14/16 | J | | o |
| 54. Freeport McMoran inc (FCX) | A | Dividend | | | Sold | 01/19/16 | J | | all sold at loss |
| 55. General Electric (GE) | A | Dividend | J | T | | | | | o |
| 56. Gilead Scientific Inc (GILD) | A | Dividend | | | Sold | 05/17/16 | J | A | all sold |
| 57. Halliburton (HAL) | A | Dividend | J | T | | | | | o |
| 58. Harding Loevner Intl Equity (HLMIX) | A | Dividend | L | T | Buy (add'l) | 02/16/16 | J | | o |
| 59. | | | | | Buy (add'l) | 08/09/16 | J | | o |
| 60. Hartford Shroders Emg Mkts (SENMX) | A | Dividend | J | T | Buy | 12/29/16 | J | | o |
| 61. Health Stream Stock (HSTM) | A | Dividend | K | T | | | | | o |
| 62. Heartland Value Plus (HNVIX) | A | Dividend | | | Sold | 02/24/16 | J | | all sold at loss |
| 63. | | | | | Sold (part) | 02/16/16 | J | | sold at loss |
| 64. Helmerich&Payne inc (HP)(Y) | | | | | | | | | Value under 1000/200 |
| 65. Hologic Inc (HOLX) | A | Dividend | | | Sold | 06/23/16 | J | | all sold at loss |
| 66. Home Depot (HD) | A | Dividend | J | T | | | | | o |
| 67. Honeywell Int Inc (HON) | A | Dividend | | | Sold | 05/11/16 | J | A | all sold |
| 68. Hotckins & Wiley FDS (HWSIX) | A | Dividend | | | Sold | 02/24/16 | J | | all sold loss |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brown, Joe | 08/28/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold (part) | 02/16/16 | J | | sold at loss |
| 70. Hyatt Hotels Corp (H) (Y) | | | | | | | | | Value under $1000/200 |
| 71. Huntsman Corp (HUN) | A | Dividend | | | Sold | 08/16/16 | J | A | all sold |
| 72. Intel Stock (INTC) | B | Dividend | K | T | | | | | o |
| 73. International Business Machine (IBM)(Y) | | | | | | | | | value under 1000/200 |
| 74. Intercontential Exchange (ICE) | A | Dividend | J | T | | | | | o |
| 75. Isares Iboxx invest Grade (LQD) | A | Int./Div. | | | Buy | 02/22/16 | J | | o |
| 76. | | | | | Sold | 12/22/16 | J | A | all sold |
| 77. | | | | | Buy (add'l) | 07/18/16 | J | | o |
| 78. | | | | | Sold (part) | 09/01/16 | J | A | o |
| 79. Ishares 7-10 year treasury bonds (IEF) | A | Interest | | | Buy | 02/24/16 | J | | o |
| 80. | | | | | Sold | 07/18/16 | J | A | all sold |
| 81. IsharesNational Amt Free Muni (MUB) | A | Dividend | | | Sold | 02/22/16 | J | A | all sold |
| 82. Ishares MSCI EAFE IDX (EFA) | A | Dividend | | | Sold | 02/22/16 | J | | All sold Loss |
| 83. Ishares Russell 1000 Value (IWB) | A | Dividend | J | T | Buy (add'l) | 12/06/16 | J | | o |
| 84. | | | | | Buy (add'l) | 09/01/16 | J | | o |
| 85. | | | | | Sold (part) | 11/02/16 | J | | part sold loss |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brown, Joe | 08/28/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold (part) | 02/22/16 | K | | part sold loss |
| 87. Ishares Russell 2000 (IWN) | A | Dividend | | | Sold | 02/22/16 | J | | all sold loss |
| 88. Ishares TR IBOXX Hi YD EFT (HYG) | A | Dividend | J | T | Buy | 12/16/16 | J | | o |
| 89. Ishares core trust (IFEA) | A | Int./Div. | | | Buy | 02/22/16 | J | | o |
| 90. | | | | | Sold | 05/06/16 | J | A | all sold |
| 91. Ishares TR JP MOR Free BD (EMB) | A | Int./Div. | | | Buy | 04/05/16 | J | | o |
| 92. | | | | | Buy (add'l) | 04/07/16 | J | | o |
| 93. | | | | | Buy (add'l) | 04/11/16 | J | | o |
| 94. | | | | | Buy (add'l) | 04/12/16 | J | | o |
| 95. | | | | | Sold | 11/18/16 | J | | all sold loss |
| 96. Johnson Controls (JCI) | A | Dividend | J | T | Buy (add'l) | 09/06/16 | J | | o |
| 97. Johnson & Johnson (JNJ) | A | Dividend | J | T | | | | | o |
| 98. JPMORGAN (JPM) | A | Dividend | J | T | | | | | o |
| 99. Juniper Networks (JNPR) | A | Dividend | | | Sold | 09/13/16 | J | | all sold loss |
| 100. Keycorp new (KEY) | A | Dividend | J | T | | | | | o |
| 101. Kraft Heintz co (KHC) | A | Dividend | J | T | Buy | 04/15/16 | J | | o |
| 102. Kroger Co (KR) | A | Dividend | J | T | | | | | o |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brown, Joe | 08/28/2017 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Lazard Emerging Markets (EMBIX) | A | Dividend | J | T | | | | | o |
| 104. Lazard Intl Strategic Equity Portfolio (LISIX) | A | Dividend | K | T | Sold (part) | 02/24/16 | J | A | o |
| 105. LKCM Small-Mid Cap Equity (LKSMX) | A | Dividend | | | Sold | 02/24/16 | J | | all sold loss |
| 106. | | | | | Sold (part) | 02/16/16 | J | A | o |
| 107. Lyondellbasell Industries (LYB) | A | Dividend | J | T | Buy | 09/11/16 | J | | o |
| 108. Maxim Integrated Products Inc (MXIM)(Y) | | | | | | | | | y value >1000 |
| 109. Medtronics PLC (MDT) | A | Dividend | J | T | | | | | o |
| 110. Merck & Company (MRK) | A | Dividend | J | T | | | | | o |
| 111. Metlife (MET) | A | Dividend | | | Sold | 02/10/16 | J | A | all sold |
| 112. MFS Growth Fund (MFEIX) | A | Dividend | K | T | | | | | o |
| 113. Micron Techonology (MU) | A | Dividend | | | Sold | 03/09/16 | J | | all sold loss |
| 114. Microsoft Stock (MSFT) | B | Dividend | L | T | | | | | o |
| 115. Morgan Stanley (MS) | A | Dividend | J | T | Buy (add'l) | 02/26/16 | J | | o |
| 116. Nashville School of Law IRA Unit Investment Trusts( | A | Dividend | J | T | | | | | o |
| 117. NXP Semiconductor (NXPI) | A | Dividend | J | T | | | | | o |
| 118. Occidental Peteroleum Co (OXY) | A | Dividend | J | T | | | | | o |
| 119. OHIO College Advantage 529 plan Black Rock Growth Portfolio (ALL GC) | A | Dividend | O | T | | | | | o |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Omnicom Group (OMC) | A | Dividend | J | T | | | | | o |
| 121. Oracle Corp Common (ORCL) | A | Dividend | J | T | | | | | o |
| 122. Pepisco Inc (PEP) | A | Dividend | J | T | | | | | o |
| 123. Pfizer Inc (PFE) | A | Dividend | J | T | | | | | o |
| 124. PPL Corp (PPL) | A | Dividend | J | T | Buy | 06/24/16 | J | | o |
| 125. Procter & Gamble Co (PG) | A | Dividend | J | T | | | | | o |
| 126. Progressive Corp Ohio (PGR) | A | Dividend | J | T | Buy | 06/24/16 | J | | o |
| 127. Reynols American Corp (RAL) | A | Dividend | J | T | Buy | 02/08/16 | J | | o |
| 128. Royal Caribbean Cruises (RCL) | A | Dividend | J | T | | | | | o |
| 129. Schlumberger Limited (SLB) | A | Dividend | J | T | | | | | o |
| 130. Schroder Emerging Markets (SEMNX) | A | Dividend | J | T | | | | | o |
| 131. Signet Jewlers LTD (SIG) | A | Dividend | | | Sold | 07/01/16 | J | | all sold loss |
| 132. Southwest Airlines (LUV) | A | Dividend | J | T | | | | | o |
| 133. Spirit Aerosystems Hldgs Inc (SPR)(X) | A | Dividend | J | T | | | | | over 1000/200 |
| 134. SPDR Barcklays Municipal Bond ETF (TFI) | A | Int./Div. | | | Sold (part) | 03/12/16 | J | A | o |
| 135. | | | | | Sold | 04/26/16 | J | A | all sold |
| 136. State STR Corp (STT) | A | Dividend | | | Sold | 09/29/16 | J | | all sold loss |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brown, Joe | 08/28/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Synchrony Financial Com (SYF) | A | Dividend | J | T | Buy | 06/14/16 | J | | o |
| 138. Target Corp (TGT) | A | Dividend | J | T | | | | | o |
| 139. Texas Instruments Inc (TXN) | A | Dividend | J | T | | | | | o |
| 140. Thermo Fisher Scientific (TMO) | A | Dividend | J | T | | | | | o |
| 141. TJX COS Inc (TJX) | A | Dividend | J | T | | | | | o |
| 142. Tractor Supply (TSCO) | A | Dividend | K | T | | | | | o |
| 143. TRW Automative Holdings Corp (TRW)(Y) | | | | | | | | | o Valoe < 1000 |
| 144. Ultra Salon Cosmetics & Frag inc (ULTA) | A | Dividend | J | T | Buy | 10/07/16 | J | | o |
| 145. United Continental Holding Inc (UAL)(X) | A | Dividend | J | T | | | | | o |
| 146. United Health Group (UNH) | A | Dividend | J | T | | | | | o |
| 147. United Parcel Service (UPS) | A | Dividend | J | T | | | | | o |
| 148. United Techonologies Corp (UTX) | A | Dividend | J | T | Buy | 03/04/16 | J | | o |
| 149. USAA Agressive Grwth Fund (UIAGX) (Y) | | | | | | | | | Value under 1000 in 2014 |
| 150. USAA Emerging Markets (UIEMX) | A | Dividend | J | T | Sold (part) | 10/06/16 | J | | part sold at loss |
| 151. USAA High Income Fund (UIHIX) | A | Dividend | | | Sold | 02/16/16 | J | | all sold loss |
| 152. USAA Income Fund Institutional Shares (UIINX) | A | Dividend | J | T | Buy (add'l) | 02/16/16 | J | | o |
| 153. USAA Managed Allocation (UMAFX) | A | Int./Div. | J | T | Sold (part) | 02/16/16 | J | | part sold at loss |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brown, Joe | 08/28/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. USAA Precious Metals & Minersls Funds (UIPMX) | A | Int./Div. | | | Sold | 02/24/16 | J | | all sold loss |
| 155. USAA Real Return UIRRX) | A | Int./Div. | | | Sold | 02/16/16 | J | | All sold loss |
| 156. USAA Short Term Bond Fund (UISBX) | A | Int./Div. | J | T | Buy (add'l) | 06/13/16 | J | | o |
| 157. USAA S&P Index (USPRX)(X) | A | Dividend | J | T | | | | | Value under 1000 in 2015 |
| 158. USAA Tax Exempt Intermediate (USATX) | D | Int./Div. | M | T | Sold (part) | 02/24/16 | J | A | o includes line 160 |
| 159. | | | | | Buy (add'l) | 10/06/16 | J | | o |
| 160. USAA Tax Exempt Long Term (USTEX) | | | | | | | | | Combined with line 158 |
| 161. USAA Tax Exempt Short Term (USSTX) | A | Int./Div. | J | T | Sold (part) | 02/24/16 | K | | part sold loss |
| 162. | | | | | Buy (add'l) | 10/06/16 | J | | o |
| 163. USAA Tax-Exempt Market (USEXX) | A | Int./Div. | K | T | Sold (part) | 02/17/16 | J | A | o |
| 164. USAA Bank Checking Accounts 1408, 6058 | A | Int./Div. | L | T | | | | | o |
| 165. Vanguard FTSE Europe ETF (VGK) | A | Int./Div. | | | Sold | 02/22/16 | J | | all sold at loss |
| 166. Vanguard Index Funds (VOO | A | Dividend | | | Buy (add'l) | 01/20/16 | J | | o |
| 167. | | | | | Sold | 02/22/16 | J | A | all sold |
| 168. Vanguard Intl Equity Index Fund (VWO) | A | Dividend | J | T | Buy | 05/06/16 | J | | o |
| 169. Verizon Communicaations (VZ) | A | Dividend | J | T | | | | | o |
| 170. Victory Sycamore Established Values (VEVIX) | A | Dividend | K | T | Buy (add'l) | 02/24/16 | K | | o |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brown, Joe | 08/28/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Buy (add'l) | 02/16/16 | J | | o |
| 172. | | | | | Sold (part) | 02/24/16 | J | A | o |
| 173. Virtus Quality Small Cap (PXQSX)(Y) | | | | | | | | | Value went < 1000 |
| 174. Visa (V) | A | Dividend | J | T | | | | | o |
| 175. VOYA Intermediate Bonds Class W (IIBWX) | A | Interest | J | T | Buy (add'l) | 02/16/16 | J | | o |
| 176. VWR Corp (VWR)(Y) | | | | | | | | | y value < 1000 |
| 177. Wal Mart Stock (WMT) | C | Dividend | L | T | | | | | o |
| 178. Wells Fargo Stock (WFC) | A | Dividend | K | T | | | | | o |
| 179. Wells Fargo CMA, Checking | A | Interest | J | T | | | | | o |
| 180. Wells Fargo Sweep | A | Interest | J | T | | | | | o |
| 181. 1/2 Interest Knox Brown Farms, Taylorsville, KY | A | Rent | N | W | | | | | o |
| 182. 1/2 Interest Knox Brown Farms, Laporte, IN | F | Rent | P1 | W | | | | | o |
| 183. Fidelity Mutual Life Ins Co. | A | Interest | J | T | | | | | o |
| 184. Mass Mutual Life Insurance Policies | B | Dividend | M | T | | | | | o |
| 185. Peoples Bank Taylorsville Sav Act (Family Cemetary Trust) | A | Interest | J | T | | | | | o |
| 186. REGIONS Bank, Nashville Checking | A | Interest | K | T | | | | | o |
| 187. USAA Money Market(USAXX) | A | Int./Div. | J | T | | | | | Omited in error |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brown, Joe | 08/28/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII

Line 64. I purchased this 8/8/2016 for less than $1000. I listed it so I could keep track of it for 2017 if it went above $1000. I did not own in 2015

Line 108 I purchased this 11/18/2016 for less than $1000. I listed it so I could keep track of it for 2017 if it went above $1000. I did not own in 2015

Line 185. Cemetary trust assets .

line 119. .This includes all funds for Grandchildren (GC) as custodial Part I lines 4-10. All shares in Ohio 529 plan and managed by Black Rock.

Line 158 and 160 combined 2016. Entries are correct as reported. As far as I can tell they were combined and there was no sale or purchase to report. Combined value on contuning fund is reported in Colunm B line 158.

Line 187 USAA Money Market was omitted by error from the first report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Joe Brown**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544